IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **AIZAR MAZARIEGOS,** *et al.,* | * | |
| **Plaintiffs,** | * | |
| vs. | * | Case No. 20-CV-2275 |
| **PAN 4 AMERICA LLC** t/a La Baguette, *et al.,* | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT
### AND DISMISSAL, WITH PREJUDICE

Plaintiffs Aizar Mazariegos, Ana Cecilia Ayala, and Carlos Alonso ("Plaintiffs") and Defendants Pan 4 America, LLC, Super Pasteles, LLC, and Un Yong Lee ("Defendants"), (hereinafter collectively with Plaintiffs referred to as the "Parties"), by undersigned counsel, respectfully file this Joint Motion for Court Approval of Settlement and Dismissal, with Prejudice. As further described in the Parties' accompanying Memorandum of Law, the Parties have negotiated through counsel and at arms-length to mutually agree to a resolution of *bona fide* disputes to reach a fair and reasonable resolution of Plaintiffs' claims alleged in this matter against Defendants arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA").[1]

---

[1] The Parties have executed a separate, confidential settlement agreement resolving Plaintiffs' other claims against Defendants arising under Maryland law, as well as Defendants' claims against Plaintiffs and Tito & Tita Food Truck, LLC, alleged in the now dismissed, with prejudice, parallel and related action, *Pan 4 America, LLC, et al. v. Tito & Tita Food Truck, LLC, et al.,* Case Number 21-cv-401Insofar as these other claims do not arise under the FLSA, dismissal of the Parties' resolution of these claims does not require Court approval.

WHEREFORE, for good cause shown, the Parties jointly request this Honorable Court approve the FLSA settlement agreement executed between the Parties and that the Court sign and endorse the Parties' proposed Order approving the Parties' FLSA settlement agreement as fair and reasonable and dismissing this action, with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Roberto N. Allen* | */s/ Keith M. Lusby* |
| Roberto N. Allen, Bar No. 25110 | Keith M. Lusby, Bar No. 00596 |
| Margaret M. Witherup, Bar No. 23730 | Hannah C. Bondurant, Bar No. 21411 |
| Witherup Allen Law | Gebhardt & Smith, LLP |
| 3915 National Drive, Suite 320 | One South Street, Suite 2200 |
| Burtonsville, Maryland 20866 | Baltimore, Maryland 21202 |
| (301) 861-0202 – Telephone | (410) 385-5028 – Telephone |
| Email: rallen@witherupallenlaw.com | Email: klusby@gebsmith.com |
| mwitherup@witherupallenlaw.com | hbondurant@gebsmith.com |
| | |
| */s/ Gregg C. Greenberg* | *Counsel for Defendants* |
| Gregg C. Greenburg, Bar No. 17291 | |
| Zipin, Amster & Greenburg, LLC | |
| 8757 Georgia Avenue, Suite 400 | |
| Silver Spring, Maryland 20910 | |
| 301-587-9373 – Telephone | |
| Email: ggreenburg@zagfirm.com | |

*Counsel for Plaintiffs*